# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| LAWRENCE E. SANCHEZ, | ) CV 1305542-SH |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| STEPHEN M. EHRET, | ) |
| Defendant. | ) |

    IT IS ADJUDGED that defendant's Motion to Dismiss is granted without leave to amend, and Judgment is entered in favor of defendant.

DATED: November 18, 2014

                                          STEPHEN J. HILLMAN
                              UNITED STATES MAGISTRATE JUDGE